IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY SELEGRATH, FAITH SELEGRATH, BOBBY SELEGRATH, JR., as Individuals, | ) ) ) ) | CASE NO. 8:19-cv-37 |
| Plaintiffs, | ) ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| MA & PA TRUCKING, LLC, and SY FRANCIS KOPPEN, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs, Bobby Selegrath, Faith Selegrath and Bobby Selegrath, Jr. (collectively, "Plaintiffs") and Defendants Ma & Pa Trucking, LLC, and Sy Francis Koppen (collectively, "Defendants") hereby move the Court for an Order dismissing with prejudice the above-captioned action, with each party to bear their own costs and attorneys' fees.

WHEREFORE, the parties pray the Court enter an Order dismissing the above-captioned action with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 1st day of March, 2021.

                                                                                MA & PA TRUCKING, LLC, and SY FRANCIS KOPPEN, Defendants

                                                                                By: _____
                                                                                Daniel L. Lindstrom, #19356
                                                                                dlindstrom@jacobsenorr.com
                                                                                Nicholas R. Norton, #25131
                                                                                nnorton@jacobsenorr.com
                                                                                JACOBSEN, ORR, LINDSTROM
                                                                                & HOLBROOK, P.C., L.L.O.
                                                                                322 West 39th Street
                                                                                P. O. Box 1060
                                                                                Kearney, Nebraska 68848-1060
                                                                                (308) 234-5579
                                                                                (308) 234-9305 (fax)
                                                                                *Attorneys for Defendants*

1

and

BOBBY SELEGRATH, FAITH SELEGRATH
AND BOBBY SELEGRATH, JR., Plaintiffs

By: _____

Matthew G. Miller, #19092
Matthew G. Miller, P.C., L.L.O.
6910 Pacific St., Ste. 202
Omaha, Nebraska 68106
Phone: (402) 558-4900
Facsimile: (402) 558-4906
matt@mgmillerlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of March, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing upon all parties of record, and emailed to the following parties:

Matthew G. Miller, #19092
matt@mgmillerlaw.com

LeAnn Elliott, Paralegal

2